**Opinion issued November 14, 2013**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-13-00231-CV

————————————

## JULIO GONZALEZ, Appellant

## V.

## MIDLAND FUNDING LLC, Appellee

---

**On Appeal from the 190th District Court**
**Harris County, Texas**
**Trial Court Case No. 2012-07076**

---

## MEMORANDUM OPINION

This is an appeal from a judgment signed December 21, 2012. On April 19, 2013, the Court ordered that this case be referred to mediation. In the referral, the Court ordered that: "No later than **two days** from the conclusion of the mediation, the parties and the mediator shall advise the Clerk of this Court in writing whether

the parties did or did not settle the underlying dispute . . . ." The deadline for conducting mediation was June 5, 2013.

On June 12, 2013, the mediator filed a document with the Court informing the Court that the parties had settled all issues in the case. Nevertheless, neither party filed a document with the Court to advise the Court that the case did or did not settle nor has either party filed a motion to dismiss the appeal based on the settlement. On July 12, 2013, the Court notified the parties that the mediator had filed a report and requested that the parties file a motion to dismiss within seven days of the date of the notice. Neither party responded to the notice. After being notified on October 9, 2013 that this appeal was subject to dismissal for failure to comply with a court order or a notice from the clerk requiring a response, appellant did not respond. *See* TEX. R. APP. P. 42.3(c).

Accordingly, we dismiss the appeal. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Higley, and Massengale.